**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

SUSAN WOLF,

                        Plaintiff,                 **22-CV-09280 (AT) (VF)**

       -against-                                     **ORDER**

FEDERAL RESERVE BANK OF SAN FRANCISCO,

                        Defendant.
-------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

Per the case management conference held on February 9, 2023, Plaintiff shall file her letter brief by **February 28, 2023**. Defendant shall file a response by **March 21, 2023**.

       **SO ORDERED.**

DATED:    New York, New York
                February 9, 2023

                                                       _____
                                                       VALERIE FIGUEREDO
                                                       United States Magistrate Judge