UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SUSAN WOLF,

       Plaintiff,        **22-CV-09280 (AT) (VF)**

  -against-           **ORDER**

FEDERAL RESERVE BANK OF SAN FRANCISCO,

       Defendant.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

  A conference in this matter to discuss the letters submitted at ECF Nos. 26 and 28, and the request that case be put on the administrative track, is hereby scheduled for **Tuesday, April 18, 2023, at 2:00 p.m.** Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time. **Please dial (888) 808-6929; access code [9781335].**

  SO ORDERED.

DATED:  New York, New York
      April 13, 2023

                   _____
                   VALERIE FIGUEREDO
                   United States Magistrate Judge