UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SUSAN WOLF,

                              Plaintiff,                              **22-CV-09280 (AT) (VF)**

-against-                                          **ORDER**

FEDERAL RESERVE BANK OF SAN FRANCISCO,

                              Defendant.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      Consistent with the discussion at the conference on April 18, 2023, the parties are permitted to engage in the process discussed for 100 days. The parties are directed to submit a status update informing the Court of the outcome by no later than **Friday, July 28, 2023, at 5:00 p.m.**

      SO ORDERED.

DATED:    New York, New York
                April 18, 2023

                                                        _____
                                                        VALERIE FIGUEREDO
                                                       United States Magistrate Judge